IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones, Norma M | Case Number: 07 B 06221 |
| | Judge: Hollis, Pamela S |
| Printed: 11/13/07 | Filed: 4/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,434.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,600.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 23,076.73 | 0.00 |
| 5. | Internal Revenue Service | Priority | 1,674.44 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 176.00 | 0.00 |
| 7. | River Auto Group Ltd | Unsecured | 377.50 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 15.62 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 169.26 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 72.25 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 52.69 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 118.11 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 26.43 | 0.00 |
| 14. | Emerge Mastercard | Unsecured | 87.00 | 0.00 |
| 15. | RMI/MCSI | Unsecured | 89.46 | 0.00 |
| 16. | NCO Financial Systems | Unsecured | 26.19 | 0.00 |
| 17. | Providian | Unsecured | 104.38 | 0.00 |
| 18. | Nicor Gas | Unsecured | 59.62 | 0.00 |
| 19. | M & M Credit Exchange | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| 21. | Metropolitan Auto | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | Park Dansan | Unsecured | | No Claim Filed |
| 25. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jones, Norma M

Printed: 11/13/07

Case Number: 07 B 06221
Judge: Hollis, Pamela S
Filed: 4/6/07

| | | | | |
|---|---|---|---|---|
| 26. | KCA Financial Services | Unsecured | | No Claim Filed |
| 27. | Professional Account Management | Unsecured | | No Claim Filed |
| 28. | RMI/MCSI | Unsecured | | No Claim Filed |
| 29. | Park Dansan | Unsecured | | No Claim Filed |
| 30. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 31. | Sherman Acquisition | Unsecured | | No Claim Filed |

_____     _____
$ 32,159.68      $ 0.00

TRUSTEE FEE DETAIL

Fee Rate                    Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_